

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Nolan Turner, Appellant

No. 06-20-00050-CR        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 17F0520-005). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs of the court below. Therefore, we modify the bill of costs by deleting the $100.00 emergency services fee and by conforming it with the recitation in the judgment that only $634.00 in court costs were imposed. The judgment of the trial court is affirmed.

We note that the appellant, Nolan Turner, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 25, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk